UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAUL D. SCOTT,**

        **Petitioner,**                  **Case No. 2:21-cv-4996**
                                                   **Judge Edmund A. Sargus, Jr.**
**v.**                                                   **Magistrate Judge Elizabeth P. Deavers**

**WARDEN, NOBLE**
**CORRECTIONAL INSTITUTION,**

        **Respondent.**

## OPINION AND ORDER

    Petitioner, a state prisoner, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge issued an Order and Report and Recommendation in which she **RECOMMENDED** that the petition for writ be **DENIED** and that this action be **DISMISSED**. She further **RECOMMENDED** that no certificate of authority ("COA") be issued. The time for filing objections has passed and no objections were filed.

    For the reasons set forth in the Report and Recommendation, the Court hereby **DENIES** the petition for writ, **DISMISSES** this action, and finds that no COA should issue.  The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant and to remove this case from the Court's active docket.

    **IT IS HEREBY ORDERED.**


**4/12/2023**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                           **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**